# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# <u>JASPER DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 6:21-cr-103-LSC-JHE** |
| ) | |
| **PHILLIP ANTHONY MINGA,** ) | |
|     **Defendant.** ) | |

## <u>FINAL ORDER OF FORFEITURE</u>

In the Notice of Forfeiture included in the Indictment in this case, the United States sought forfeiture of property constituting or derived from proceeds traceable to Defendant PHILLIP ANTHONY MINGA's crimes charged in Indictment Counts One through Five. The Forfeiture Notice also informed Defendant of the Government's intention to seek forfeiture of substitute assets in the event that directly forfeitable property was unavailable.

On August 25, 2021, Defendant PHILLIP ANTHONY MINGA entered a formal plea of guilty to the offenses charged in Indictment Counts One through Five. In his plea agreement, Defendant agreed that the Court could immediately enter an order of forfeiture against him in the amount of **$7,100,000.**

Based upon the guilty plea entered by Defendant PHILLIP ANTHONY MINGA and Defendant's consent to the entry of an order of forfeiture in the amount of **$7,100,000**, the Attorney General is now entitled to possession of **$7,100,000** pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Therefore the court ORDERS:

1. That PHILLIP ANTHONY MINGA shall FORFEIT to the United States of America the **$7,100,000** in proceeds Defendant obtained, controlled, and benefitted from as result of his offense pursuant to 18 U.S.C. § 982(a)(7).

2. That the Attorney General or his designee is hereby authorized to seize said property forfeited herein.

3. That this Order of Forfeiture shall be deemed final as to Defendant PHILLIP ANTHONY MINGA, and shall be made part of his sentence and included in Defendant's Judgment in accordance with Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure.

4. That this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

5. That the Clerk of the Court shall forward two certified copies of this Final Order of Forfeiture to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Thomas Borton, Assistant U.S. Attorney, and one certified copy to the U.S. Marshals Service.

**DONE** and **ORDERED** on December 2, 2021.

_____
L. Scott Coogler
United States District Judge

173538